1   JASON M. FRIERSON
    United States Attorney
2   Nevada Bar Number 7709
    K. NICHOLAS PORTZ
3   Special Assistant United States Attorney
    Nevada Bar Number 12473
4   501 Las Vegas Blvd. South, Suite 1100
    Las Vegas, Nevada 89101
5   Phone: (702) 388-6336
    Email: Nick.Portz@usdoj.gov
6   Email: Bianca.Pucci@usdoj.gov
    *Attorneys for the United States of America*

7

8                   **UNITED STATES DISTRICT COURT**
                       **DISTRICT OF NEVADA**

9   UNITED STATES OF AMERICA,              2:21-cr-00156-JCM-VCF

10                 Plaintiff,

11        vs.                              **STIPULATION TO EXTEND**
                                           **BRIEFING SCHEDULE**
                                           **REGARDING ECF NO. 44**
12  TREVION DARNELL MITCHELL,              (Fourth Request)

13                 Defendant.

14

15        IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson,

16  United States Attorney, and Kenneth Nicholas Portz, Special Assistant United States Attorney,

17  counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and

18  Raquel Lazo, Assistant Federal Public Defender, counsel for Trevion Darnell Mitchell, that the

19  government's response deadline to Defendant's Motion to Suppress (ECF No. 44) currently set

20  for August 15, 2022, be vacated and extended to August 22, 2022.  Furthermore, it is stipulated

21  that Defendant's reply deadline to the government's response be reset to August 31, 2022.

22        This Stipulation is entered into for the following reasons:

23

24        1.        The parties previously entered Stipulations to Extend Briefing Schedule Regarding

                                        1

1   ECF No. 44, as Mr. Mitchell was determining whether to accept a plea offer.  Since the last

2   requested stipulation, Mr. Mitchell has rejected the offer and the parties are now moving forward

3   with briefing.

4         2.    Undersigned counsel was out of the jurisdiction from August 4th through August

5   8th and now that the negotiations ended without resolving the case, undersigned counsel needs an

6   additional week for sufficient time to respond to ECF No. 44.

7         3.    The parties agree to the extension of the response deadline for the government.

8   The defendant is incarcerated and does not object to the extension.

9         4.    The additional time requested herein is not sought for purposes of delay, nor will

10   it cause delay to the trial which is scheduled for December 19, 2022.

11         5.    Additionally, denial of this request for continuance could result in a miscarriage of

12   justice. The additional time requested by this Stipulation is excludable in computing the time

13   within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United

14   States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code,

15   Section 3161(h)(7)(B)(i), (iv).

16         This is the first request to extend a responsive pleading deadline.

17         DATED this 8th day of August, 2022.

18                               Respectfully submitted,

19   JASON M. FRIERSON                RENE L. VALLADARES
    United States Attorney                 Federal Public Defender

20

    By ___*/s/ K. Nicholas Portz*_____    By _____
21    K. NICHOLAS PORTZ                   RAQUEL LAZO
    Special Assistant United States Attorney    Assistant Federal Public Defender

22

23

24

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-CR-00156-JCM-VCF |
| Plaintiff, | FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER |
| v. | |
| TREVION DARNELL MITCHELL, Defendant. | |

**FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1.     The parties previously entered Stipulations to Extend Briefing Schedule Regarding ECF No. 44, as Mr. Mitchell was determining whether to accept a plea offer.  Since the last requested stipulation, Mr. Mitchell has rejected the offer and the parties are now moving forward with briefing.

2.     Undersigned counsel was out of the jurisdiction from August 4th through August 8th and now that the negotiations ended without resolving the case, undersigned counsel needs an additional week for sufficient time to respond to ECF No. 44.

3.     The parties agree to the extension of the response deadline for the government. The defendant is incarcerated and does not object to the extension.

4.     The additional time requested herein is not sought for purposes of delay, nor will it cause delay to the trial which is scheduled for December 19, 2022.

5.     Additionally, denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United

1  States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code,

2  Section 3161(h)(7)(B)(i), (iv).

3                                  **CONCLUSIONS OF LAW**

4          The ends of justice served by granting said extension outweigh the best interest of the

5  public and the defendant in a speedy trial, since the failure to grant said extension would be likely

6  to result in a miscarriage of justice, would deny the parties herein sufficient time and the

   opportunity within which to be able to effectively and thoroughly prepare for trial, taking into

7  account the exercise of due diligence.

8          The extension sought herein is excludable under the Speedy Trial Act, Title 18, United

9  States Code, Section 3161(h)(7)(A), when the considering the facts under Title 18, United States

10 Code, §§ 316(h)(7)(B) and 3161(h)(7)(B)(iv).

                                        **ORDER**
11
12         IT IS THEREFORE ORDERED that that the government's response deadline to

   Defendant's Motion to Suppress (ECF No. 44) currently set for August 15, 2022, be vacated and

13 extended to August 22, 2022.

14         IT IS FURTHER ORDERED that the Defendant's reply deadline to the government's

15 response be reset to August 31, 2022.

           DATED this 10th day of August, 2022.
16

17

   _____
18                     UNITED STATES MAGISTRATE JUDGE

19

20

21

22

23

24

4