# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

UNITED STATES OF AMERICA,

    Plaintiff(s),

v.

TREVION DARNELL MITCHELL,

    Defendant(s).

2:21-cr-00156-JCM-VCF

**ORDER**

Before the Court is the motion to suppress (ECF NO. 44).

Accordingly,

IT IS HEREBY ORDERED that an in-person evidentiary hearing on the motion to suppress, is scheduled for 11:00 AM, October 28, 2022, before Judge Cam Ferenbach.

DATED this 30th day of September 2022.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE