UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21=CR-156 JCM (VCF) |
| Plaintiff(s), | ORDER |
| v. | |
| TREVION DARNELL MITCHELL, | |
| Defendant(s). | |

Presently before the court is Lance J. Hendron's motion to withdraw as attorney for defendant Trevion Darnell Mitchell. (ECF No. 98).

On September 1, 2022, Hendron was appointed to represent Mitchell. (ECF No. 65). Hendron is Mitchell's second appointed attorney in this case. (*See* ECF Nos. 9, 65). Mitchell recently appeared before the court on April 21, 2023, and entered a plea of guilty to count 1 of the indictment in this matter. (ECF No. 97). The sentencing hearing is scheduled for July 21, 2023.

Local Rule IA 11-6(e) provides that "[e]xcept for good cause shown, no withdrawal or substitution will be approved if it will result in delay of discovery, the trial, or any hearing in the case."

Mitchell submits there is good cause for withdrawal because of an irreconcilable conflict between Hendron and Mitchell. Hendron and Mitchell both request that Hendron be permitted to withdraw to preserve Mitchell's Sixth Amendment right of effective assistance of counsel. The sentencing hearing on July 21, 2023, will not be delayed by Hendron's withdrawal. A prompt appointment of new counsel pursuant to the Criminal Justice Act

**James C. Mahan**
**U.S. District Judge**

1  ("CJA") will provide adequate time to prepare for sentencing. *See* 18 U.S.C. §§ 3006A, et seq.
2  Thus, with good cause appearing, Hendron's motion to withdraw is granted.
3  Accordingly,
4  IT IS HEREBY ORDERED, ADJUDGED, and DECREED that Hendron's motion to
5  withdraw (ECF No. 98) be, and the same hereby is, GRANTED.
6  IT IS FURTHER ORDERED that the CJA Administrator shall arrange for the
7  appointment of a CJA panel attorney to represent Mitchell at sentencing. Hendron will turn
8  over his file/discovery to CJA counsel upon notification that counsel has been appointed.
9  DATED May 22, 2023.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**