1          IN THE UNITED STATES DISTRICT COURT

2              FOR THE DISTRICT OF NEVADA

3    UNITED STATES OF AMERICA,      )
                                    )  Case No.  2:21-cr-00156-JCM-VCF
4              Plaintiff,           )
                                    )      ORDER TEMPORARILY
5    vs.                            )    UNSEALING PROCEEDING
                                    )
6    TREVION DARNELL MITCHELL,      )
                                    )
7              Defendant.           )
     _____  )

8

9          Sunethra Muralidhara has requested Docket Number 106, the
     Evidentiary Hearing held on November 18, 2022, that contains a
10   sealed portion.  The transcript is to be prepared by Amber
     McClane, Federal Official Court Reporter.
11         **IT IS THEREFORE ORDERED** that the court reporter notes of
     said hearing shall be unsealed for the limited purpose of
12   providing the transcript as requested by Sunethra Muralidhara.
     The original reporter notes shall thereafter be resealed,
13   together with the certified copy of the transcript delivered to
     the Clerk pursuant to 28 U.S.C. § 753(b), until further order of
14   this Court.
           **IT IS FURTHER ORDERED** that Amber McClane, Federal Official
15   Court Reporter, shall not disclose the contents of the
     transcript of the sealed proceeding to anyone other than
16   Sunethra Muralidhara.

17

18   **DATED** this ___18th___ day of ___October___, 2023.

19

20

21   _____
                        CAM FERENBACH
22   UNITED STATES DISTRICT COURT MAGISTRATE JUDGE

23

24

25